```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 23573
    SHEILA T MARTIN
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-9409
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/15/07 and confirmed on 02/25/08.

    2.  The case was dismissed after confirmation, 10/23/2008.

    3.  The Debtor paid a total of $   2200.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRIAD FINANCIAL CORP | SECURED VEHIC | 10830.00 | 601.33 | 1172.13 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ALL AMERICAN CASH ADVANC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF AURORA | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 1116.22 | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| FOX METRO WATER REC DIST | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 3128.61 | .00 | .00 |
| MARQUETTE NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| MEIJER | UNSECURED | NOT FILED | .00 | .00 |
| NCC | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| PARAGON WAY | UNSECURED | NOT FILED | .00 | .00 |
| PARAGON WAY | UNSECURED | NOT FILED | .00 | .00 |
| TRANSWORLD SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| TRC ACCOUNT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| TROJAN PROFESSIONAL | UNSECURED | NOT FILED | .00 | .00 |
| TRS RECOVERY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | 868.03 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | 2335.95 | .00 | .00 |

                Summary of disbursements:
---

```
                    SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    10830.00         .00       7448.81          .00      18278.81
PRINCIPAL PAID         1172.13         .00           .00          .00       1172.13
INTEREST PAID           601.33         .00           .00          .00        601.33
TOTAL PAID             1773.46         .00           .00          .00       1773.46
```
The Debtor's attorney, CHANG & CARLIN              , was allowed $    3500.00
and was paid $     501.00   direct and $     301.44   through the plan.

The Trustee received $     125.10 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/21/09                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 23573 SHEILA T MARTIN